UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| v. | ) | Cr. No. 07-08-02-SM |
| | ) | |
| **Michael Guinier** | ) | |

## AMENDED PRELIMINARY ORDER OF FORFEITURE

1. The Superseding Indictment contains a Notice of Criminal Forfeiture which provides that, upon conviction of the offenses charged in Count Eight of the Superseding Indictment, Possession of a Firearm by a Convicted Felon, in violation of 18 United States Code, Section 922(g)(1); and Count Nine of the Superseding Indictment, Possession of Ammunition by a Convicted Felon, in violation of 18 United States Code, Section 922(g)(1), the defendant, Michael Guinier shall forfeit to the United States the following items of property pursuant to 21 U.S.C. section 853(a)(1) and (2):

    (a)  a Walther, Model PPK, .380 caliber pistol, serial number A072749;

    (b) one box (43 rounds) of Winchester-Western, .380 caliber ammunition;

    (c) six rounds of Winchester-Weston, .380 caliber ammunition; and;

    (d) 17 rounds of Federal, .380 caliber.

2. The defendant, Michael Guinier, has pled guilty to the charges contained in Counts Eight and Nine of the Superseding Indictment.  As part of defendant Guinier's Plea Agreement he has agreed to forfeit the following:

(a)  a Walther, Model PPK, .380 caliber pistol, serial number A072749;

(b) one box (43 rounds) of Winchester-Western, .380 caliber ammunition;

(c) six rounds of Winchester-Weston, .380 caliber ammunition; and;

(d) 17 rounds of Federal, .380 caliber.

3.  Based upon the Plea Agreement which was presented in the hearing on February 29, 2008, the United States has established the requisite nexus between the assets listed in paragraph one of this motion and the offenses to which the defendant has pled guilty.

Pursuant to Fed.R.Crim.P. 32.2(b)(1), (2) and (3), the Court having found that the Government has established the requisite nexus between the above-described assets and the offenses to which the defendant is pleading guilty,

IT IS ORDERED that all of the defendant's right, title and interest in the following assets are hereby forfeited to the United States:

(a)  a Walther, Model PPK, .380 caliber pistol, serial number A072749;

(b) one box (43 rounds) of Winchester-Western, .380 caliber ammunition;

(c) six rounds of Winchester-Weston, .380 caliber ammunition; and;

(d) 17 rounds of Federal, .380 caliber.

IT IS FURTHER ORDERED that at or before the time of sentencing this court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n).

IT IS FURTHER ORDERED that a copy of the Final Order shall be made a part of the sentence and included in the judgment.

The Clerk shall send copies of this Preliminary Order of Forfeiture to the United States Attorney's Office, the United States Probation Office and counsel for all parties, and shall send four Certified Copies of this Preliminary Order of Forfeiture to the United States Attorney's Office.

Entered this __29__ day of __February__, 2008

_____
United States District Judge